

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00073-CV
_____

IN RE:  MARIA CRUZ BUSALEH

Original Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

On August 29, 2014, Maria Cruz Busaleh, Relator, filed a petition for writ of mandamus and a motion for emergency relief. The motion for emergency relief requests that this Court stay any and all underlying proceedings pending this Court's ruling on the petition for writ of mandamus.

After reviewing the relator's petition and motion, this Court is of the opinion that the temporary relief should be granted, and all proceedings and activities in the trial court should be stayed pending the ruling of this Court on relator's petition for writ of mandamus.

Now, therefore, it is ordered that all proceedings and activities, including, but not limited to, any proceedings on the Motion to Modify Temporary Orders, which is presently set for hearing on September 5, 2014, in cause number FA-14-41684 in the County Court at Law of Fannin County, Texas, is hereby stayed pending the ruling of this Court on the mandamus before us in this case.

We direct the real party in interest to file a response to this petition for writ of mandamus, to be received by this Court on or before September 12, 2014.

IT IS SO ORDERED.

BY THE COURT

Date:  August 29, 2014